873 A.2d 698

**WILSON AREA SCHOOL DISTRICT, Petitioner**

v.

**Franklin E. SKEPTON, Joseph Bozzelli, Individually and t/a J.B. Plumbing Company, and Dual Temp Company, Inc., Respondents.**

Supreme Court of Pennsylvania.

April 26, 2005.

*ORDER*

PER CURIAM.

**AND NOW,** this 26th day of April, 2005 we **GRANT** the Petition for Allowance of Appeal, **LIMITED** to the issue of whether the Wilson Area School District is entitled to restitution of the permit fees refunded by Wilson Borough to Franklin E. Skepton, Joseph Bozzelli, individually and t/a J.B. Plumbing Company, and Dual Temp Company, Inc.